United States District Court
for the Western District of New York

United States of America

           CASE No.
 v.         16-mg-4073

Tony Ivey,
  Defendant

MOTION TO DISMISS falsification of Criminal Complaint, whereby shall Dismiss Indictment dated June 28th, 2016. Falsely charging defendant herein mentioned with (Threating to Kill a Federal Prosecutor) Violation: Title 18, United States Code, Section 115 (A)(1)(B)(1 count).

United States Marshals Service, Protective Intelligence Investigator Abhay Dave, Deliberately, Knowingly and Intentionally falsified

"page #1 of 4"

A United States Affidavit in Support of A Criminal Complaint. In paragraph #6, in part, of the Alleged Criminal Complaint, USM Abhay Dave, Senior Inspector, falsely stated that defendant herein; "stated to the AUSA that he was going to go to the AUSA's office with an assault weapon and shoot people."

Allow the Record to Reflect upon the three (3) taped recorded conversations that Federal Public Defender Robert Smith, has allowed this defendant to listen to and not once do this defendant make any one Direct Threat to Any Official nor Any Individual Specifically and merely ramables on in a Ingeneral Abusive

manner, which the defendant acknowledges were not the best communication skills to address a Civil Rights Complaint issue. My, Tony L. Ivey, sincere apologies to the AUSA and to the Federal Court for the Western District of New York.

Nevertheless, I find Federal Public Defender Robert G. Smith, to be ineffectively deliberately, knowing and intelligently conspiring with USM Abhay Dave, Senior Inspector and other United States Attorney's involved in this present case.

Motion for New Court Appointed Lawyer who will communicate with me and file motions

"page #3 of 4"

on My, defendant Tony Ivey, behalf and best interest. Considering the Defendant is the Falsely Charged Defendant thats in a Ohio Correctional Center being deliberately deprived of All Lupus Medications, Adequate Medical Treatment And on a "Hunger Strike to get Better Medical Services And All of Necessarily Required medications and/or Sent to A Medical Facility."

Dated:             Sincerely,
August 12th, 2016.      Tony L. Ivey
                             #26889055

CC: Send to:
Hon. Frank P. Geraci, Jr., Chief Judge

Loretta E. Lynch, Attorney General
Kiesha S. Ivey, 227 Depew St., Rochester, N.Y. 14611
New York State Inspector General

Rosemary Speed, 15 Westland Pkwy, Cheektowaga, N.Y. 14225

"Page #4 of 4"